WILLIAM YOOST, Respondent, *v.* JOHN FARR, JR., et al., Individually and as Copartners under the Firm Name of FARR & Co., Appellants.

(Submitted March 11, 1935; decided March 19, 1935.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 266 N. Y. 576.)